IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

PAUL VALDEZ,
    Plaintiff,

v.                                               Civil No. 3:20cv358 (DJN)

UNKNOWN,
    Defendant.

### MEMORANDUM OPINION

By Memorandum Order entered on June 3, 2020, the Court directed Plaintiff to complete and return a standardized form for filing a 42 U.S.C. § 1983 complaint if he wished to pursue a civil action at this time. (ECF No. 2.) On June 15, 2020, the United States Postal Service returned the June 3, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER," and "ADDRESSEE UNKNOWN," and "not at this address," because Plaintiff apparently relocated. (ECF No. 3.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                            /s/
                                               David J. Novak
                                             United States District Judge

Richmond, Virginia
Date: June 24, 2020